# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

EDWARD CURTIS MULLEN,

    Debtor.

CASE NO. 13-63119-BEM

CHAPTER 13

## ORDER DENYING PETITION FOR PAYMENT OF UNCLAIMED FUNDS

This matter is before the Court on DHS-Department of Child Support Services' Petition for Payment of Unclaimed Funds [Doc. 47]. On January 5, 2018 the Trustee filed a Notice of Deposit of Unclaimed Funds, indicating $8,250 was being deposited with the registry of the Court on behalf of the Department of Family & Children Services (the "Claimant"). [Doc. 36].

A proof of claim was filed by Debtor's counsel on behalf of the Department of Family & Children Services. [Claim 8-1]. The Petition was filed on behalf of the Department of Child Support Services. It appears both entities are divisions of the Georgia Department of Human Services.[1] The Petition was signed by Amanda Cusick for DHS-DCSS, but did not show any basis for Ms. Cusick's authority to apply for unclaimed funds on behalf of the Claimant.

Pursuant to 28 U.S.C. § 2042, the Court may order payment of unclaimed funds to a claimant "entitled" to the funds upon a showing of "full proof of the right thereto[.]" 28 U.S.C. § 2042. Because such applications are generally considered ex parte, "the Court must insist on a claimant's exact compliance with legal requirements

---

[1] *See* https://dhs.georgia.gov/about-us (last visited April 16, 2019).

relating to the authority of an individual or entity to act on behalf of the claiming party and a definitive showing that it is actually entitled to the funds." *In re Scott*, 346 B.R. 557, 558-59 (Bankr. N.D. Ga. 2006). Because the Petition does not include any documentation of Ms. Cusick's authority to act on behalf of the Claimant or which entity is entitled to the funds, it is

ORDERED that the Petition is DENIED without prejudice to filing an amended application with supplemental information showing which entity is entitled to the funds and the applicable authority to act on behalf of the Claimant.

Accordingly, it is ORDERED that the Petition is DENIED.

IT IS SO ORDERED, this 16 day of April, 2019.

_____
BARBARA ELLIS-MONRO
UNITED STATES BANKRUPTCY JUDGE

## Distribution List

Edward Curtis Mullen
6748 Oak Hill Place
Fairburn, GA 30213

Emily Camille Allen
The Semrad Law Firm
303 Perimeter Center North, #201
Atlanta, GA 30346

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

U.S. Attorney's Office
600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Division of Family and Children Services
Tom C. Rawlings, Director
2 Peachtree Street, N.W.
Atlanta, GA 30303-3142

DHS-DCSS
Amanda Cusick
1526 E. Forrest Ave #300
East Pointe, GA 30344

Division of Family and Children Services
1249 Donald Lee Hollowell Pkwy.
Atlanta, GA 30318

Georgia Department of Human Services
Robyn A. Crittenden, Commissioner
2 Peachtree Street, N.W.
Atlanta, GA 30303-3142

Division of Child Support Services
Tanguler Gray, Director
2 Peachtree Street, N.W.
Atlanta, GA 30303-3142